From: Joe Roger Parker                    March 24, 2015

TDCJ No. 888382

C.T. Terrell Unit

1300 FM 655

Rosharon, Texas 77583

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 26 2015

CHRISTOPHER A. PRINE

CLERK _____

To: First Court of Appeals

Clerk, Christopher A. Prine

301 Fannin Street

Houston, Texas 77002

RE: filing writ of Mandamus

In review Case No. 24194 in the 12th Judicial

District Court of Walker County

Parker v. Livingston Et. Al.

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR 26 2015
CHRISTOPHER A. PRINE
CLERK

Dear Mr. Prine

Enclosed Please find one Copy each of Relators

original writ of Mandamus with Attachments

Exhibits (A)(B)(C), Relators Affidavit of Inability

to pay court cost or cost to provide paper copies

of all orders and Motions Attached as Exhibits.

Please file these papers and bring to the prompt

Attention of Justices of this court. By Copy

of this cover letter I have forward to the clerk

of trial court in Walker County Honorable...

(1)

Robyn Flowers a copy of this writ of Mandamus to bring to the attention of the presiding Judge in this matter. The clerk should have copies of all Motions and orders that are attached as Exhibits to relators writ of Mandamus. I do greatly Appreciate your time and Assistance and ask that you provide me Notice of the filing of this writ of Mandamus

Sincerely
John R. Parker.

cc: filed
Clerk of Court
Robyn Flowers
Walker County

Presiding Judge.
Honorable Donald Kraemer.

(2)

01-15-0278-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 26 2015

CHRISTOPHER A. PRINE
CLERK

In Re: Joe Roger Parker, Relator

vs.

Brad Livingston Et. Al. Executive
Director TDCJ-ID, Respondents

In Review Trial Court No. 24194 in
The 12th Judicial District Court of
Walker County, Texas

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 26 2015

CHRISTOPHER A. PRINE
CLERK

Joe Roger Parker
TDCJ No. 888382
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583
Pro-se

( Cover Page )

# TABLE of CONTENTS

Table of contents              i

                                     ii

Identity of Parties

Table of Authorities            iii

Statement of Case          1,2,3

Statement of Jurisdiction      3

Issues Presented            4

Statement of facts         4,5

Arguments (A) (B)       5,6,7,8

Prayer for Relief           8,9

Certification of Service      9

Appendix Attachments     Appendix
(A) (B) (C).

In Re Joe Roger Parker, Relator, Cause No. 24194
Writ of Mandamus

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 26 2015

CHRISTOPHER A. PRINE

CLERK _____

## Identity of Parties and Counsels.

Joe Roger Parker TDCJ No. 888382 is the Relator in this case and is presently confined at the C.T. Terrell Unit 1300 F.M. 655, Rosharon Texas. 77583

The Respondents in this case are Brad Livingston et. al Executive Director TDCJ-ID P.O Box 99 Huntsville Texas

The Presiding Judge in this case is the Honorable Donald Kraemer of the 12th Judicial District court of Walker County Texas

The Attorney for the Respondents is Mr. Stefan R. Williams P.O. Box 12548 Austin Texas.

The Clerk of court is the Honorable Robyn Flowers, 1100 University Ave. Huntsville Texas. 77340

ii

# Table of Authorities

IN RE, Attorney Gen Texas 357 S.W3d 178 Tx App. 2012 ... pg. 8

Barnes v State 832 S.W2d 424 ............. pg. 6

In Re Bates 65 S.W3d. 133 ............. pg. 6

In Re Chavez 62 S.W3d. 225, 228 ......... pg 6

Frett v. Gov. of Virgin Island 839 F2d. 968, 972 ...... pg. 5

Jampole v. Touchy 673 S.W2d. 569 (Tx App. 1984 ... pg 8

Johnson v. Fourth Court of Appeals 700 S.W2d. 916 .... pg 9

Safety-Kleen Corp. v. Garcia 945 S.W2d. 268 ..... pg. 6, 7

Wortham v Walker 128 S.W2d. 1138 ......... pg. 7

Rules of Civil Proc. Rule 215.1 ....... pg. 7

Rules of Appellate Court.
Rules. 52.1, 52.3, 52.3j ........ pg 1, 7

01-15-0278-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 26 2015

CHRISTOPHER A. PRINE
CLERK _____

CAUSE No. 24194

In Re, Joe, Roger Parker          )
Relator                           )          In The First Court of
                                  )                Appeals
                                  )
VS                                )
                                  )          Houston, Texas
                                  )
Brad Livingston Et. Al.           )
Respondants                       )          Walker County

In Re Joe Roger Parker Relator, cause No. 24-194
Writ of Mandamus

Now comes Joe Roger Parker, Relator Pro-se. seeking
to move this Court pursuant to Texas Rules of
Appellate Procedures Rules. 52.3 and 52.3j and 52.1
will show the Court the following:

Statement of Case

This is a civil cause of action being filed pur-
suant to Texas Tort Claim. Relator filed this
suit to recover damages for injuries sustained
by the gross negligence of Officer C.O Hood an
Employee of The Texas Department of Criminal
Justice, Southern Region Transportation Division
All defendants Named in this suit Acted under the....

(1)

color of state law. The issues raised are non-frivolous and Relator Constitutional Rights under due process clauses are being violated. On November 1, 2007, Relator was on a TDCJ-ID chain bus enroute from U.T.M.B. Hospital-Galveston to the Wynne Unit. when the chain bus driven by C.O. Hood became involved in accident involving other Vehicles. The accident in fact caused Injuries to civilian drivers, one minor child as well as to Included Inmate Inmate passangers to Included Relator.

Since the Original filing of this civil complaint as mention above Relator has submitted and filed Numerous Motions in attempts to prosecute this case without response by the court or the Defendants Named in this law suit. Specifically Relator has submitted Motions for Default Judgment and Summary Judgment that have been denied. See Exhibit (A) attached to the Appendix of this petition. Additionally the Respondents filed a Chapter 14 Motion to Dismiss, Section 14.005 Civ. Prac. + Rem. Code On February 19, 2010 the court issue an Order denying the Respondents Motion to dismiss. See Exhibit (B) attached to the Appendix of this petition.

(2)

To further point out and argue, Relator has submitted motions to the Court to compel the respondents to comply with discovery request. To the contrary the court has failed to rule upon or hold any type of hearing in regards to these motions. All of which is denying Relator his rights under due process and speedy and fair trial by Jury. See Exhibit (C) attached to the Appendix of this petitions

## Statement of Jurisdiction

This court has Jurisdiction over the subject matter and parties in the District Court where the Relator originally filed this civil tort claim Against TDCJ-ID Transportation officials. All parties named in this suit acted under the color of Texas Law and are sued in their Individual and official capacities. This civil cause of actions occured in Walker County Texas and is now before the Honorable Judge Donald Kraemer of the 12th District Court of Walker County Texas.

(3)

## ISSUES PRESENTED

- Trial Court failure to set a scheduling order and trial date
- Trial court failure to rule on relators motions to compel respondants to comply with discovery
- Trial Court failure to rule on hold hearings on relators pretrial motions for speedy trial and appointment of counsel

## STATEMENT OF FACTS

On November 1, 2007 C.O. Hood a transportation driver for TDCJ-ID did in fact recklessly and unlawfully drive up on a pre-existing wreck while operating a commercial vehicle at unlawful speed did in fact collide with three other vehicles causing serious injuries to passagers in all vehicles involved to include the relator. As a further and direct result of this Accident officer C.O. Hood refused to render timely first aid and emergency assistance to inmate passangers on the bus to include the relator. As a result of...

(4)

the willful and Negligent acts of the Parties Name in this cause of action Relator seeks Monetary damages, Actual Damages, punitive damages, mental Anguish and Injunction Relief for the damages Relator has suffered and continue to suffer with.

## Arguements
### (A)
### Trial Courts failure to set a scheduling Order And Trial Date

Relator Argues he is being prejudice and denied a fair trial because of Inordinary trial Court delays to set a scheduling Order and trial date. Relator contends that this case has been on the Courts docket since March 13, 2008 for over Seven years. Relator points out that generally at least one pretrial conference is held before a civil case is tried which serves purposes such as clarifying the legal and factual issues, determining whether the complaint or Answer needs to be Amended, geting stipulations (Agreements) concerning facts which are not disputed. For example of such a factual stipulation, see Frett V. Gov.

(5)

of Virgin Islands. 839 F2d 968, 972 (3d Cir 1988) discussing the possibility of settlement, and other aspects of managing the case and the trial. Relator Argues that this court has a reasonable time within which to perform this duty. See BARNES V STATE 832 S.W2d. 424 and SAFETY-KLEEN Corp. v Garcia 945 S.W2d. 268. Also see RELATORS Exhibit (D) Attached to the Appendix of this Petition Motion for Jury Trial and Motion for a Speedy trial, and Motion for Pretrial Conference

## (B)

Trial courts failure to Rule on Relator's Motion to Compel Respondents to Comply with discovery Request

### STANdARd of Review

When a motion is properly filed and pending before the court the Act of considering and Resolving it is ministerial see IN RE CHAVEZ 62 S.W3d. 225, 228. The need to Consider and Rule upon A Motion is not A discretionary Act. see IN RE BATES 65 S.W3d 133...

(6)

AND IN RE REMIREA 994 S.W2d 682 (Tex. App 1998) when a motion is properly filed and pending before a trial court the act of considering and resolving it is ministerial. Safety-Kleen Corp. v. Garcia 945 S.W.2d.268. And the trial court is required to consider and rule upon a motion within a reasonable time

Mandamus issues only to correct a clear abuse of discretion or the violation of a duty imposed by law where there is no other adequate remandy by law, see Johnson v. Fourth Court of Appeals 700 S.W2d.916,917(Tex App. 1985). Traditionally the writ of Mandamus issued only to compel the performance of a ministerial act or duty wortham v. walker 128 S.W2d.1138

Relator contends that accordingly to Texas rules of court Rule 215.1 states that: a party upon reasonable notice to other party and all other persons affected thereby may apply for sanctions or an order compeling dis- covery. Here relator points out that on Sept. 11, 2014 and Nov. 4, 2014 he submitted discovery request for records to the defend- ants that were also filed with the court with out response by the defendants nor the court. see Exhibit (C) Attached to the Appendix

(7)

of this petition. Relator further contends that for these reasons he did not have an adequate remedy by appeal because denial of this discovery effectively prevents relator from proving the material allegations of this law suit. See Jampole v Touchy 673 S.W2d 569 (Tex App 1984) the court again used the extraordinary writ of mandamus to compel discovery.

Lastly relator contend he is being denied a fair trial because of unnecessary and inordinary delays to a speedy trial and appointment of counsel. The trial court has a duty to rule on consider this motions and has failed to do so. Traditionally the writ of mandamus is the proper remedy to compel a ministerial act or duty see In Re Attorney Gen. of Texas 357 S.W3d. 128 (Tex. App. 2012) see Exhibit (A) attached to the Appendix of this petition

## Requested Relief

Wherefore, premises are considered, relator Respectfully Request:

(1) that pre-trial motions for a scheduling order be order to allow Relator to conduct discovery to demonstrate material

(8)

facts and evidence in regards to this case, still pending before the trial court.

(2) To order that a trial date be set in this civil suit.

So it is prayed.

Respectfully Submitted.

/s/ Joe Roger Parker

Joe Roger Parker
TDCJ No. 888382

## Certificate of Service

I, Joe Roger Parker do hereby certify that a true and correct copy of this Petition for Mandamus was served to the clerk of court listed below by placing same in a U.S. mail box. Executed on this 24 day of March 2015

/s/ Joe Roger Parker

Joe Roger Parker
TDCJ No. 888382
C.T. Terrell Unit
1300 F.M. 655
Rosharon, Texas 77583
Pro-Se

First Court of Appeals
Clerk Christopher A. Prine
301 Fannin Street
Houston, Texas 77002

Trial Court Judge
Honorable Donald Kraemer
Walker County Tx. (9)

In RE Joe Roger Parker, Relator Court No. 24194

# Affidavit

Affidavit of Joe Roger Parker Inability to
Pay court cost and fees, nor cost for
paper copies for all parties

I, Joe Roger Parker, declare and depose as follows:

My name is Joe Roger Parker. I am over the
Age of twenty-one, of sound mind, capable
of making this Affidavit, and personally Acquainted
with the facts herein stated

I am presently a inmate confined in Texas
Department of Criminal Justice and is the Plantiff
named in cause No. 24194 Now phnding in the
12 th Judicial District court of Walker County
Texas. In support of my Inabilities to pay
count cost and provide paper copies to all
parties mention in this cash. I declare that I
am Indigent and not able to earn or handle
money to pay cost for count fees nor provide
paper copies of all motions and orders that are
Appendix to my petition for writ of Mandamus
Relief. I do not have a banking or saving
Account. I do not own reality, stocks,
cars, boats. My spouse and I are no longer
together. I some times receive small amount...

COURT OF APPEALS HOUSTON, TEXAS  MAR 26 2015  CHRISTOPHER A. PRINE CLERK

(1)

of funds from family and friends to purchase necessities and hygiene supplies. Because I am poor and because the court orders and properly filed motions are list on the trial courts docket sheet. Its my prayer that the clerk of court would provide the court and other parties copies of these papers.

I, John Roger Parker declare under the penalty of perjury that the foregoing is true and correct. Executed on this 24 day of March 2015.

_John Roger Parker_
John Roger Parker
TDCJ No. 888382
Pro-Se

(2)

In Re: Joe Roger Parker Relator

CASE No. 24194

# Exhibit (A)



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR 2 6 2015
CHRISTOPHER A. PRINE
CLERK

(A)



**Robyn Flowers**
District Clerk Walker
County

12th Judicial District
278th Judicial District
County Court at Law

February 20, 2013

Joe Roger Parker, TDCJ #888382
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

Joe Roger Parker, TDCJ #888382,

This office is in receipt of your Notice of Motion for Default Judgment which was filed on 02/20/13. A file marked copy is enclosed. The Judgment is unable to be filed at this time due to it needing to be signed by a judge before it can be file marked. Your documents will be sent to the Judge's office for review. If the Judgment is signed, a signed and file marked copy will be mailed to all parties in the case.

Thank-You,

Robyn Flowers, Walker County District Clerk

By: Mel Kageler, Civil Deputy

Donald L. Kraemer
12th Judicial District Judge

# 12TH JUDICIAL DISTRICT COURT

Grimes, Madison, Leon and Walker Counties
1100 University Avenue, Suite 202
Huntsville, Texas 77340
(936) 436-4915
(936) 435-8025 Fax

June 20, 2013

Joe Roger Parker
TDJC #888382
CT Terrell
1300 FM 655
Rosharon, Tx 77583

Dear Mr. Parker,

Previous correspondence from this office advised you that your Motion for Default Judgment and Motion for Summary Judgment have been denied.

Your subsequent request to enter a default judgment is also denied.

Sincerely,

Becky West
Becky West
District Court Coordinator

FILED
20 4:50
OF JUNE 2013
BYN FLOWERS
st Clerk, Walker County

COPY

| | | |
|---|---|---|
| JOE ROGER PARKER | ) | IN THE DISTRICT Count |
| TDCJ No. 888382 | ) | of WALKER COUNTY |
| Plaintiff | ) | |
| | ) | 12th Judicial District |
| V. | ) | Count No. 287th. |
| | ) | |
| TDCJ, William Stephens | ) | |
| Executive Director, Et Al | ) | |
| Defendants | ) | |

FILED
TIME 10
4 DAY OF Mar 2015
ROBYN FLOWERS
District Clerk Walker County
By _____ Deputy

## Plaintiffs Request for Jury Trial

To the Honorable Judge of said Court
Now Comes Joe Roger Parker, Plaintiff, Pro-se
pursuant to Texas Rules of civil Procedure
Rules 216. And 217 requesting to move this
Court for a Jury Trial and trial Date
And will further show Inability to pay trial
Fees with Affidavit in support. In Support of
Plaintiff will show the following:

## I

### Preliminary Statement.

This is a civil cause of action seeking damages

(1)

For Injuries Plaintiff suffered in Motor Vehicle Operated by State officials. This case was filed in this court on March 13, 2008. On February 19, 2010 this court entered a Order denying the Defendants Chapter 14 motion to dismiss. On March 30, 2010 this court enter a order for bench warrant However Plaintiff had a heart attack on the date the hearing was schedule. On August 5, 2011 this court entered the Order denying Motion for Summary Judgment And Default Judgment. Since then the Defendant have failed to respond to Discovery Request And Jury demand.

For these reason presented And pursuant to Texas Rules of Civil Procedures 216. (A)(b). that states "No Jury trial Shall be in Any civil suit unless a written request for a Jury trial is filed with the Clerk of the Court at a reasonable time before the date set for trial of the cause on the Non Jury docket but not less than thirty days in Advance.

## II

Plaintiff further Contend that the defendants are not prejudice by a Jury trial because there have been No Objection to trial

(2)

## III
## Requested Relief

Wherefore premises are considered Plaintiff seeks to move this court to set this case for Jury trial and trial date, and scheduling order in the interest of fairness and Justice so it is prayed.

Respectfully submitt.
/s/ Joe Rogers Parker
Joe Roger Parker
TDCJ No. 888382

## Certificate of Service

I, Joe Parker do hereby declare that a true and correct copy of Plaintiff Request for Jury Trial was served by placing this same in a U.S. Postal Box on this __28__ day of February 2015 address to clerk of court listed below.

Clerk of Court
Robyn Flowers
Walker County Dist Ct.
1100 University Ave, st. 209
Huntsville, Texas 77340

Respectfully submitt.
/s/ Joe Rogers Parker
Joe Roger Parker
TDCJ No. 888382
C.T. Terrell Unit
1300 F.M. 655
Roshanon Texas 77583

cc filed. Attorney Gen. S.R. Williams

(3)

<u>CAUSE No 24194</u>

<u>Affidavit of Joe Roger Parker Inability
to Pay Jury Fees And Court Cost.</u>

My Name is Joe Roger Parker TDCJ No. 888382. I am
over twenty one years of age of sound mind
capable of making this Affidavit and personally
Acquainted with the facts herein stated.
   I am presently a Inmate Confine At the
C.T. Terrell Unit of the Texas Department of Crimm-
inal Justice (TDCJ) Located in Rosharon Texas.
   In regards to the civil cause of action in
Cause No. 24194 I am the Plantiff in this case
And I hereby declare that be cause of my proverty
And Incarceration in (TDCJ) I have No money,
I am not able to earn or handle Money while
being A Inmate in (TDCJ) I am unable to pay
cost for a Jury Trial. I have No bank account
No Spouse, No stock or reality. At times I do
recive small amount of funds to purchase
necessities while in prison from family and
friends.
   I, Joe Roger Parker declare by the penalty of
perjury the foregoing is true and correct. Executed
on Feb. 28, 2015
                          s/ Joe Rogers Parker
                          Joe Roger Parker TDCJ No. 888382

From: Joe Roger Parker     2/28/15

     TDCJ No. 888382

     C.T. Terrell Unit

     1300 FM 655

     Rosharon, Texas 77583


To: Robyn Flowers, Clerk

    Walker County

    1100 University Ave. #209

    Huntsville, Texas 77340

FILED
TIME 10
4 DAY OF MAR 20 15
ROBYN FLOWERS
District Clerk Walker County
By _____ Deputy

RE: Request for Jury Trial

    Case No. 24,194 Joe R. Parker v. TDCJ Officials


Dear, Clerk of court

Enclosed Please find one Original Plaintiffs
Motion for Jury Trial with affidavit of
Inability to Pay Jury Fees. Please file these
Papers and bring to the Judges prompt.
Attention. By Copy of this Cover letter I am
forwarding a Copy of this Motion to the
Attorney for Defendant. Stephen. R. Williams
P.O. Box 12548 Austin Texas. I do greatly
Appreciate your time and Assistance and ask
would you be kindenough to provide me with
the date of filing. Thank you.

              Joe R. Parker

JOE ROGERS PARKER
TDCJ #888382
1300 FM 655 — Terrell Unit
Rosharon, Texas 77583

September 9, 2014

Robyn Flowers
District Clerk
Walker County, Texas
1100 University Ave,
Huntsville, Texas 77340

RE: Cause No. 24,194
Joe Rogers Parker v. TDCJ, Prison Officials, et al.

Dear District Clerk:

Enclosed please find for filing in the above-reference civil case, my pro se "PLAINTIFF'S MOTION REQUESTING FOR PRE-TRIAL CONFERENCE" and "PLAINTIFF'S MOTION REQUESTING FOR DISCLOSURE."

Thank you and have a blessed day.

Sincerely,

Joe Rogers Parker

JRP/cjP.
CC: Stefani R. Williams
Asst. Attorney General of Texas
P.O. Box 12548
Austin, Texas
78711

FILED
TIME 10
11 DAY OF SEPT 20 14
ROBYN FLOWERS
District Clerk Walker County
By _____
Deputy

CAUSE NO. 24,194

JOE ROGERS PARKER,
      Plaintiff,

v.

TDCJ, PRISON OFFICIALS, et al.,
      Defendants,

IN THE 12TH JUDICIAL

DISTRICT COURT OF

WALKER COUNTY, TEXAS

## PLAINTIFF'S MOTION REQUESTING FOR PRE-TRIAL CONFERENCE

Plaintiff, Joe Rogers Parker, pursuant to the provisions to Rule 166 of Texas Rules of Civil Procedure and Section 14,008 of Texas Civil Practice and Remedies Code, respectfully requests for a pre-trial conference and that he be granted to appear at the pre-trial conference by telephone or video communication technology, and in order to assist in the disposition of the instant civil action case.

WHEREFORE, Plaintiff prays that this request is granted in all things.

FILED
TIME 10
11 DAY OF SEPT 20 14
ROBYN FLOWERS
District Clerk, Walker County
By _____ Deputy

Respectfully submitted,

_Joe Rogers Parker_

JOE ROGERS PARKER
Plaintiff -- Pro Se

-1-

TDCJ # 888382
1300 FM 655 - Terrell Unit
Rosharon, Texas
77583

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was placed in my TDCJ-CID Terrell Unit Mailbox and for forwarding to the Clerk of the Court and to the Defendants' attorney of record, Stefani R. Williams - Asst. Attorney General of Texas, P.O. Box 12548, Austin, Texas 78711 and by U.S. Mail, on this 4th day of September, 2014.

Joe Rogers Parker
Joe Rogers Parker

-2-

## Cause No. 24194

| | | |
|---|---|---|
| Joe Roger Parker | § | In the District Court |
| TDCJ No. 888382 | § | of Walker County |
| Plaintiff | § | |
| | § | |
| | § | 12th Judicial District |
| v. | § | Court No. 28?th |
| | § | |
| TDCJ, William Stephens | § | |
| Executive, Director, et al | § | |
| Defendants | § | |

### Plaintiffs Motion for Speedy Trial and Hearing with Brief in Support

To the Honorable Judge of said Court:

Now comes Joe Roger Parker, Plaintiff, pro-se seeking to move this court for a speedy trial and pre-trial hearing pursuant to Texas Rules of Civil Procedure and the 5th, 6th and 14th Amendments of the United States Constitution. In support of Plaintiff will show the following

## I

### Statement of Case

(1).

On April 16, 20__ Plaintiff filed the Complaint of ...

On Dec. 30, 20__ the bill was dismissed by ...

## II

Principle and Arguments

[28]

See Taylor v. Illinois 484 U.S. at 417 Also see U.S. v. Lovasco 431 U.S. 783 (1977) noting that government delay intended to harass or gain tactical advantage would violate due process.

## Request Relief

Where the premises are considered plaintiff move this court for an order for limited discovery and schedule a hearing to resolve disputed facts or settlement of this case. So it is prayed.

## Certification of Service

I, Jon Rodger Parker do hereby declare that a true and correct copy of Plaintiffs Motion for a Speedy trial and hearing was served by placing the same in U.S. Mail box on this 5 day of Dec. 2014.

Respectfully Submitted

Clerk of Court                    /S/ _____

Robyn Flowers                     Jon Rodger Parker

Walker County                     TDCJ No. 888382

1100 University Ave. St. 209      C.T. Terrell Unit

Huntsville, Texas 77340

(3)

Dec. 5, 2014

From: Joe Roger Parker
    TDCJ No. 888382
    C.T. Terrell Unit
    1300 F.M. 655
    Rosharon, Texas 77583


To: Robyn Flowers District Clerk
    Walker County
    1100 University Ave. #209
    Huntsville, Texas 77340


Re: Cause No. 24, 194
    Joe Roger Parker v TDCJ Prison Officials


Dear Clerk,
    Enclosed Please find our Original Plaintiffs
Motion for Speedy Trial with brief in
Support. Please file these papers and
bring to the prompt attention of the
Judge of count. By copy of this cover letter
I am forwarding a copy of this Motion to
Attorney for Defendants, namely Stefan R.
Williams P.O Box 12548 Austin Tx. I do
greatly Appreciate your time and Assistant
in this Matter. Would you be kind enough to
provide me with the date this Motion was filed
                        Sincerely J. Parker.

In Re Joe Roger Parker, Relator

Case No. 24194

# Exhibit (B)

(B)

CAUSE NO. 24,194

| JOE ROGERS PARKER,<br>TDCJ #888382 | | IN THE DISTRICT COURT OF |
|---|---|---|
| VS | | WALKER COUNTY, T E X A S |
| TDCJ, ET AL | | 12TH JUDICIAL DISTRICT |

## O R D E R

On this date Defendants' Chapter 14 Motion to Dismiss was considered. Correspondence in the court's file from Plaintiff received by the Clerk on March 13, 2008, states that the Step 2 Grievance response was received by Plaintiff on or about February 21, 2008. Suit being filed on March 13, 2008 is within the 31 day period provided by Section14.005 Civ. Prac. & Rem. Code.

It is therefore **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

SIGNED on ____19 February 2010____.

_____
JUDGE PRESIDING

FILED
TIME _____11am_____
25 DAY OF FEB 20 10
ROBYN FLOWERS
District Clerk, Walker County
By_____
Deputy

1

INRE JOE Roger Parker, RELATOR

CASE No. 24194

# Exhibit (C)

(C)

11/4/2014

From: Joe Roger Parker
      TDCJ No. 888382
      C. T. Terrell Unit
      1300 F. M. 655
      Rosharon, Texas 77583

To: Robyn Flowers, District Clerk.
    Walker County
    1100 University Ave. #209
    Huntsville, Texas 77340

RE: Cause No. 24,194
    Joe Roger Parker v. TDCJ Prison Officials

Dear Clerk,
    Enclosed please find one copy (original) of
Plantiff's Motion to Compel Discovery and
request to rule on Default Motion.
    Please file these papers and bring to
the prompt attention of the Judge. By
copy of this cover letter I am forwarding
a copy of this Motion to the Defendants
Attorney described in the Certification.
I do greatly Appreciate your time and
Assistant in this matter and Ask if you
would be kind enough to provide me with
the date this Motion was filed. Thank You.

                              Sincerely Joe Rogers Parker
                              Joe Rodger Parker.

FILED
TIME 10
4 DAY OF NOV 20 14
ROBYN FLOWERS
District Clerk Walker County
By
              Deputy

CAUSE No. 24,194

| | | |
|---|---|---|
| JOE ROGER PARKER | § | IN THE DISTRICT COURT |
| TDCJ No. 888382 | § | OF WALKER COUNTY |
| Plaintiff | § | TEXAS |
| | § | |
| VS. | § | 12th Judicial District |
| | § | Court No. 281th |
| | § | |
| TDCJ, William Stephens | § | |
| Executive Director, Et al | § | |
| Defendants | § | |
| | § | |

FILED
TIME 10
DAY OF NOV 20 14
ROBYN FLOWERS
District Clerk Walker County
By _____ Deputy

### Plaintiff's Motion to Compel Discovery and Rule on Default Motion

To the Honorable Judge of said Court:

Now comes JOE ROGER PARKER, Plaintiff, pro-se seeking to move this court to compel the Defendants named in this cause to comply with Texas Rules of civil Procedure Rule 194.1 In support of Plaintiff will show the following:

### I.

### STATEMENT OF THE CASE

On 3/13/2008 Plaintiff filed this cause of action under the Texas Tort Claim Act for Injuries caused by TDCJ-ID transportation - transport driver acting in their official and Individual capacities. On February 4, 2010

(1)

the defendants through their Attorney filed a Chapter 14 motions to Dismiss with the request for suspension of Discovery. To the contrary this court and Judge Denied the Defendants motions to dismiss signed the order on Feb.19,2010

On Feb.30,2010 Plaintiff was scheduled by the court and Judge to attend a desposition hearing and the Judge order A bench warrant and hearing for May 10,2010. However and unfortionately Plaintiff suffered a heart attack on this day in route to the hearing and was not able to attend the hearing. Since then nothing has taken place with this cause by the courts.

To the contrary the Plaintiff has filed motions for default against the defendants and motions for discovery and disclosures to the defendants without response and for these reasons Plaintiff is beening prejudice by inordinary delays and the ability to present his case to the court where defendants have refuse to comply with Discovery rules and procedures of this court. As mention above the Judge of the court has denied the defendant motions to dismiss and for this reason some discovery should proceed.

## II

## Requested Discovery

(2).

For the reasons mention above plaintiff seek to move the court to compell the defendant to comply with discovery and provide plaintiff with the below listed request:

(1) All Grievances and Investigation written reports as to the Incident and Accident that are the bases for this Cause of action

(2). All Photos and written reports as to the bus Accident that occured on 11-1-2007

(3) All of Plaintiffs Medical Records from 11-1-2007 until 11-2014

(4) The Names of All Insurance Company and policy Numbers that will cover plaintiffs Injuries substain from the Above describe bus accident.

(5) To disclose A reasonable Monetary Damage amount willing to settle this case for that are Negotiable

## Prayer for Relief

For these Reasons Plaintiff pray this court will consider this Pro-se Motion and grant it in all things in the Interest of fairness and Justice so it is prayed. Also that the court rule on Plaintiff Default Motion.

(3)

## Certification of Service

I, Joe Rodger Parker do hereby declare that a true and correct copy of Plaintiffs Motion to Compel Discovery was served by placing the same in a U.S. Mail Box Address to Clerk and Attorney for Defendant as described below Executed on this 4 day of Nov. 2014

Clerk of Court:
Robyn Flowers
Walker County Dist. Ct.
1100 University Ave St. 209
Huntsville, Texas 77340

Respectfully Submitted
/S/ Joe Roger Parker
Joe Roger Parker
TDCJ No. 888 582
C.T. Terrell Unit
1300 F.M. 655
Rosharon, Texas

Attorney for Defendant
Stefan R. Williams
Asst. Attorney Gen.
P.O Box 12548
Austin, Texas 78711

(4)

## TO THE HONORABLE COURT"S of
## WALKER COUNTY 12/278th JUDICIAL DISTRICT

Your honor, I write this letter in hope that a final disposition of this ongoin suit can be reached without any more delay or cost to the court, it is my main desire. The injuries I sustained have degenerated to the point of hindering my ability to walk. The defendants apparently do not want to address my ongoing medical issues, nor my due process or due course of law. Denial of medical services, as well as, the denial of my first and fourteenth amend ment rights are in fact a constitutional violation due to my social economic status, as well as, my race. The wreck mentioned in the suitdue to belief and information happened in a county of than Walker , County. Walker County, Texas is Huntsville, Texas and Huntsville, Texas is TDCJ-ID. Also, your honor, I am a third party beneficiary to the insurance contract between TDCJ-ID and their unnamed insurance carrier, and am well within my rights to reuqest compensation owed me due to the injuries I sustained. If my ongoing issues continue to go unanswered, especially my medical issues the defendant will leave me no other alternative but to seek Federal intervention through a 42 U.S. 1997 (a) and/or not limited to a 1983 seeking declatory and injunctive relief for the denial of my, (U.S. Const. VI) right of my first and fourteenth amendments. I come to you in a state of "pro se" and feel that the court have held me to the strict, stringent standards set-forth for lawyers. I also understand you are not required to appoint counsel, but then I shouldn't be requeired to become wheelchair bound due to the acts, omissions, and negligence of the defendants. I only seek "now" what is just and fair.

Respectfully Submitted,

Joe Roger Parker - 888382
C.T. Terrell Unit - A4-17
1300 FM 655
Rosharon, Texas 77583

CAUSE NO. 24,194

JOE ROGERS PARKER,
      Plaintiff,

                       IN THE 12TH JUDICIAL

V.

                       DISTRICT COURT OF

TDCJ, PRISON OFFICIALS, et al.,
      Defendants.

                       WALKER COUNTY, TEXAS

## PLAINTIFF'S MOTION REQUESTING FOR DISCLOSURE

Plaintiff, Joe Rogers Parker, pursuant to the provisions of Rule 194.1 of Texas Rules of Civil Procedure, respectfully requests for the Defendants to disclose, within thirty (30) days of service of this request, the information and materials described in Rule 194.2 of Texas Rules of Civil Procedure.

WHEREFORE, Plaintiff prays that this request is granted in all things.

Respectfully submitted,

_Joe Rogers Parker_
JOE ROGERS PARKER
Plaintiff -- Pro se
TDCJ # 888382
1300 FM 655- Terrell Unit
Rosharon, Texas
            77583

FILED
TIME 10
DAY OF Sept 20 14
ROBYN FLOWERS
District Clerk Walker County
By_____ Deputy

1

## CERTIFICATE OF SERVICE

I certify that a true and copy of the foregoing pleading was placed in TDCJ Terrell Unit Mailbox and for forwarding by U.S. Mail to the Clerk of the Court and Defendants' attorney of record, Stefani R. Williams - Asst. Attorney General of Texas, P.O. Box 12548, Austin, Texas 78711, on this 4th day of September, 2014.

_Joe Rogers Parker_
Joe Rogers Parker

2